UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE
PETITION OF CLEARWATER
MARINE ENTERPRISES, INC.,
for exoneration from
or limitation of liability    Case No. 8:22-cv-2380-VMC-CPT
as the owner of the SUPER
QUEEN, OFFICIAL NO. 541178,

    Petitioner.
_____/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 27), entered on July 21, 2023, recommending that Petitioner's Unopposed Motion for Entry of Default Final Judgment for Exoneration from Liability Against all Non-Appearing Potential Claimants (Doc. # 26) be granted. No objections have been filed, and the time for filing objections has lapsed.

The Court accepts and adopts the Report and Recommendation and grants the Motion.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 27) is **ACCEPTED** and **ADOPTED**.

(2) Petitioner's Unopposed Motion for Entry of Default Final Judgment for Exoneration from Liability Against all Non-Appearing Potential Claimants (Doc. # 26) is **GRANTED**.

(3) The Clerk is directed to enter a Final Judgment for Exoneration by Default in the Petitioner's favor and against all claimants who have not filed claims in this action.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of August, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE